1
2
3
4
5
6
7           UNITED STATES DISTRICT COURT
8           CENTRAL DISTRICT OF CALIFORNIA
9
10  DONNA MARIA JELENIC,            )   Case No. CV 15-5748 JLS (FFM)
                                    )
11                    Petitioner,   )
                                    )   JUDGMENT
12         v.                       )
                                    )
13  WARDEN KIMBERLY HUGHES,         )
                                    )
14                    Respondent.   )
    _____)
15
16         Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus
17  for Lack of Subject Matter Jurisdiction,
18         IT IS ADJUDGED that the Petition is dismissed without prejudice for lack of
19  subject-matter jurisdiction.
20
21  DATED:  August 26, 2015
22
23                                       JOSEPHINE L. STATON
24                                       United States District Judge
25
26
27
28